1  YOUR NAME     ROBERT LUNDY
2  YOUR ADDRESS  P.O. BOX 23  LEMON GROVE, CA 91946
   YOUR TELEPHONE NUMBER  (619) 301-5144

KMH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

ROBERT LUNDY )
)
)
)                        '08 CV 1153 JM CAB
)
-v-                     ) Case No._____
ALEX & JANET COLMENERO  )      (To be assigned at time of filing)
SUPERIOR COURT          )
SAN DIEGO COUNTY        )
EAST COUNTY DIVISION    )
)
)  COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

VIOLATION OF CIVIL RIGHTS, CONSTITUTIONAL RIGHTS & PARENTAL RIGHTS
& RACIAL DISCRIMINATION

EMERGENCY RELIEF REQUESTED

SEE ATTACHMENTS —

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

Robert Lundy
6/27/08

## Complaint For (Brief description of document)

Plaintiff alleges: Violation of CIVIL RIGHTS/PARENTAL RIGHTS and
RACIAL DISCRIMINSTRATION

### EMERGENCY RELIEF IS REQUESTED

Throughout this Case No. ED 59506, Superior Court Judges have abused their authority on the bench by allowing violations of Court Orders. One Judge would not recuse herself, when a motion was filed in court, then ruled against the Respondent (Lundy). Immediate disqualification is mandatory (McCartney v. Commission on Judicial Qualifications (1974). Civil Code Procedure 11.46).
Judge Lantz Lewis seemed reasonable and ruled when the mother (Petitioner) expired from a terminal illness, the father and child would be united, after conjoined therapy, this did not happen. (Superior Court Transcript July 19, 2007)
Under Family Code 3006, Commentary; In re Phoenix B., 218 Cal.App.3d 787, 267 Cal.Rptr. 269 (1990) (dependency proceeding initiated on mother's involuntary hospitalization dismissed when presumed natural father ready and able to take custody of child. On several court orders the Judge's signature was stamped without his knowledge, especially on a Restraining Order extension.
The Court allowed a Joinder to the case with improper service, violation of <u>CRC Rule 8.100(a)</u>, the Joinder also, had violated Court Orders by retaining the minor child, when Court Orders stated they should have informed or called the other parent (Respondent). Also, in the spring of this year (March/April), the Joinder illegally wiretapped the Plaintiff without his knowledge. (Violation of Constitutional Rights) (Wright v. State of Fla., CA. 5 (Fla) 1974, 495 F 2d 1086). The Joinder has used slander and defamation in court records without professional knowledge or Medical Degrees.
Under the terms of the Court Order, issued July, 19, 2007, Plaintiff, went to pick-up his daughter, on December 31, 2007, child would not come out, Plaintiff call San Diego Sheriff's Department, Officer Castro, Badge # 5540, Event # S-6368027 responded. My daughter was sent out of the county against Court Order. On another violation, the Judge ordered not to discuss the case with the minor child, the Joinder gave the court affidavits from people they associate with, questioning the child, about where and with whom she wanted to live. Judge, these are blatant violations, my assessment is the law has no significance in this case.
The Superior Court has shown Racial Discrimination and depraved indifference towards the Plaintiff in all of its ruling.
The Court has allowed the Family Mediator's Office on three separate occasions to recommend negative reports without true facts, and one Mediator (C. Butts), used racial slurs indicating, "that she was married to an African-American and I should not be afraid of her impending report, which was negative. It also, allowed perjured testimony through

a Declaration by M. Neverson, while Court Documents from Alameda County Superior stated otherwise. (Declaration Superior Court March 1, 2004).

Not only does the Family Law Code and Constitution Law state, the custody of a child should be with the biological parents when one dies, refuses custody, or has abandoned the child, the other parent is entitled to custody of the child, and there are no negatives, about the other parent receiving custody. (Family Code 3010 C2b 158).

The Court has allowed opposing counsel (H. Collier), to refute Doctor's Reports to the court, without having medical knowledge or medical degrees, stating they were "whitewashed", and allowing her to changed Court Orders issued by the court. Opposing Counsel tried on one occasion to bribe the Respondent, so that he could visit his daughter, witnessed by Attorney Richard Prantil.

There was also, an incident of inappropriate touching by Attorney Collier, which is considered sexual abuse, it happened in the downtown Court House.

## REQUEST FOR IMMEDIATE INJUCTION

KF 8900. S 389 v3 [13:43],[13:44] a substantial threat that Plaintiff will suffer irreparable injury if the injunction if denied.
The threatened injury out weighs any damage the injunction might cause to defendant.

*Robert Lundy*
6/27/08

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
ROBERT LUNDY

**DEFENDANTS**
ALEX & JANET COLMENERO
SUPERIOR COURT EAST COUNTY DIVISION

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
PRO SE
ROBERT LUNDY
P.O. BOX 23
LEMON GROVE, CA 91946

**ATTORNEYS (IF KNOWN)**
'08 CV 1153 JM CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- X 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | X 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1985

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 310 Airplane | 362 Personal Injury- Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 640 RR & Truck | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 650 Airline Regs | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 370 Other Fraud | 660 Occupational Safety/Health | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 690 Other | 862 Black Lung (923) | |
| X 190 Other Contract | | 380 Other Personal Property Damage | **LABOR** | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC |
| 195 Contract Product Liability | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 864 SSID Title XVI | 891 Agricultural Acts |
| | | | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| | | | 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 871 IRS - Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. Security Act | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | | |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 950 Constitutionality of State |
| 245 Tort Product Liability | (X) 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| X 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- X 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appelate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** PRELIMINARY INJUNCTION UNDER f.r.c.p. 23
CHECK IF THIS IS A CLASS ACTION
**DEMAND $** 5,000,000
Check YES only if demanded in complaint:
JURY DEMAND: X YES  NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE                              SIGNATURE OF ATTORNEY OF RECORD
                                  Robert Lundy

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

