PLAINTIFF/PETITIONER/MOVANT'S NAME   ROBERT LUNDY

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS   P.O. BOX 23
LEMON GROVE, CA. 91946

# United States District Court
## Southern District Of California

| | |
|---|---|
| ROBERT LUNDY, <br> Plaintiff/Petitioner/Movant <br><br> v. <br><br> ALEX & JANET COLMENERO <br> SUPERIOR COURT EAST COUNTY <br> DIVISION, <br> Defendant/Respondent | Civil No. '08 CV 1153 JM CAB <br> (TO BE FILLED IN BY U.S. DISTRICT COURT CLERK) <br><br> **MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   Yes ___  No X   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?       Yes ___ X No
    Do you receive any payment from the institution?    Yes X No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? X Yes ___ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   $938⁰⁰ Bi-monthly
   SAN DIEGO SCENIC TOURS
   2255 GARNET AVE #3    SAN DIEGO, CA 92109

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment.      Yes  ✓No
   b. Rent payments, royalties interest or dividends      Yes  ✓No
   c. Pensions, annuities or life insurance               Yes  ✓No
   d. Disability or workers compensation                  Yes  ✓No
   e. Social Security, disability or other welfare        Yes  ✓No
   e. Gifts or inheritances                               Yes  ✓No
   f. Spousal or child support                            Yes  ✓No
   g. Any other sources                                   Yes  ✓No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? X Yes ___ No
   a. Name(s) and address(es) of bank(s): WELLS FARGO - GROSSMONT CENTER - LA MESA, CA
   b. Present balance in account(s): $50⁰⁰

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ___ Yes X No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? X Yes ___ No
   a. Make: MITSUBISHI    Year: 1997    Model: GALANT ES
   b. Is it financed? ___ Yes X No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ___  X No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   DOMINIQUE KING-LUNDY — DAUGHTER

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   HOUSTON APTS   $975.00          CAPITAL ONE       $12,000
   SDG&E           30.00           MERRICK BANK      $12,000
   AT&T            90.00           UNION BANK OF CAL  150.00
   COX CABLE      125.00           TARGET             400.00
                                   CHILD SUPPORT/ALAMEDA $15,000

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you **must** explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

JUNE 3, 2008                         [signed] Robert Lundy
DATE                                 SIGNATURE OF APPLICANT