Robert Lundy
P.O. Box 23
Lemon Grove, CA 91946
619-301-5166

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROBERT LUNDY

v.

ALEX & JANET COLMENERO

Civil No. **'08 CV 1153 JM CAB**

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A. my claim is meritorious (that is, I have a good case), and

   B. I have made a reasonably diligent effort to obtain counsel, and

   C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ___ Yes      _X_ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

    B. Do you question the correctness of the Commission's "no reasonable cause" determination?

    ____ Yes     _X__ No

    C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

    X  Yes         ___ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: RICHARD PRANTIL
When: 2006
Where: SAN DIEGO
How (by telephone, in person, etc.): IN PERSON
Why attorney was not employed to handle your claim: HANDLED PART - COULD NOT GET HIM TO CONTINUE, FEE PAYMENTS

Attorney: ERICK MOORE
When: 2003 - 2004
Where: SAN DIEGO, CA
How (by telephone, in person, etc.): IN PERSON
Why attorney was not employed to handle your claim:
HE WAS EMPLOYED - COURT ALLOWED the beginning of CIVIL RIGHTS VIOLATIONS, through his EXPERTIS - OVER CHARGED hours!

Attorney: DAVID S. PAWLOSKI
When: 2008
Where: 7777 FAY AVE SUITE 205 LA JOLLA, CA 92037
How (by telephone, in person, etc.): IN PERSON
Why attorney was not employed to handle your claim:
THE FEE IS $1500.00 Which I DON'T HAVE PRESENTLY

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I have tried the Internet, and spoke with Department of Justice, Civil Rights Division.

6. Give any other information which supports your application for the court to appoint an attorney for you:

My search for an attorney has been thorough. Most attorneys in the San Diego area are economically out of reach for me. Financially I am indigent.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

Eric Moore          High Bluff Drive    La Jolla, CA
Richard Prantil    1357  7th Ave    San Diego, CA
Souther Law Proverty Law Center

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now?    X yes ___ no ___ am self-employed

Name and address of employer:

**San Diego Scenic Tours**
**2255 Garnet Ave. #3**
**San Diego, CA 92109**

1     If employed, how much do you earn per month? __$1870.00 AFTER DEDUCTIONS__

2     If not employed, give month and year of last employment: _____

3     How much did you earn per month in your last employment? _____

4     If married, is your spouse employed? ___ yes ___ no

5     If "YES," how much does your spouse earn per month? _____

6     If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7 income? _____

8

9     B.    __Assets__

10         (i)    __Other Income__

11     Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes _X_ no

14     If "YES," give the amount received and identify the sources:

15     __$ Received__                  __Source__

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23

24

25

26

27

28 (Attach additional sheets as necessary)

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)            5

      (ii)    Cash

Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no

If "YES," state total amount: $50

      (iii)    Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _X_ yes ___ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| $1500.00 | 1997 Mitsubitski Galant ES |

C.     Obligations and Debts

      (i)    Dependents

Your marital state is: ___ single ___ married _X_ widowed, separated or divorced.

Your total number of dependents is: 2 INCLUDING SELF

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | | Monthly Support Payment |
|---|---|---|
| Dominique King-Lundy | Daughter | $1500 |

1                 (ii)     <u>Debts and Monthly Bills</u>

2      List all creditors, including banks, loan companies and charge accounts, etc.

3           <u>Creditor</u>                <u>Total Debt</u>                <u>Monthly Payment</u>

4 Rent: HOUSTON APTS                                            975.00

5 Mortgage

6 on Home: _____

7 Others:                                  CAPITAL ONE  —       $15,000
   ① FOOD     250.00                 MERRICK BANK —       1,000

8   ② MISC     150.00                 UNION BANK —         150.00
   ③ FUEL    200.00 APPROX.       SUPERIOR COURT —

9   ④ SDG&E     40.00                  MINOR COUNSEL       500.00
   ⑤ COX CABLE   125.00              BANKRUPTCY

10  ⑥ TELEPHONE   90.00                EXPENSES            $1180.00

11  ⑦ School Supplies  40.00
   ⑧ MEDICAL/CLOTHES  100.00

12

13

14

15     9.      <u>Signature</u>

16      I declare under penalty of perjury that the above is true and correct.

17

18 Dated: JUNE 3, 2008

19                                                        _/s/ Robert Lundy_____

20                                                                Signature

21 (Notarization is not required)

22