```
                                    FILED
1                               2008 JUL 21  AM 11:43
   ROBERT LUNDY
2  P.O. BOX 23                  CLERK US DISTRICT COURT
   LEMON GROVE, CALIFORNIA      SOUTHERN DISTRICT OF CALIFORNIA
3
                                BY_____DEPUTY
4              UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6

7                                          NUNC PRO TUNC
8  Robert Lundy,                             JUL 1 0 2008
9         Plaintiff,
10     vs.
11 Alex and Janet Colmenero,
                                   Case No.: 08 CV 1153 JM CAB
12 Superior Court East County,
13        Defendant
14
```

15 **MOTION FOR RESTRAINING ORDER / EMERGENCY INJUNCTION**

16 The defendants have violated the Court Orders and are complicit in keeping My

17 daughter against those issued orders. My spouse died in September, 2007,

18 Judge Lantz Lewis ordered from the bench, upon her death, we (my daughter and

19 I) would be reunited. The defendants were allowed to Joinder this case

20 through an illegal service. These Constitutional Right Violations of the law

21 are ways to continue to keep us apart.

22 The hearing held on July 2007, the Court Order stated, not to discuss Court

23 hearings with the minor child. The defendants had friends and relatives to

24 send affidavits signed and dated stating, my daughter said, whom she wanted

25 to live with. The Judge (Lewis) said, "the child is being brainwashed", and

to cease. The defendants again are complicit in parental alienation issues.

- 1

1  While in the custody of the defendants, my daughter hardly communicates, as
2  she did when her mother was alive.  I truly believe she is either afraid or
3  intimidated because of her living arrangements.
4  Our Civil and Constitutional Rights continue to be violated, especially when
5  the Family Law Code (3010), reads if one biological parent dies or abandons a
6  child, and other is not on drugs or mentally unstable, the child will live
7  with that parent.
8  KF 8900.S 389 v3 [13:43],[13:44] a substantial threat that Plaintiff will
9  suffer irreparable injury if denied.
10 The threatened injury out weighs any damage the injunction might cause to
11 defendant.  This also, will be in the best interest of the child.
12 Recently, March, 2008, the defendants illegally wiretap the plaintiff, had an
13 interpreter translate the call and presented the information to Superior
14 Court.  Wiretapping someone without their knowledge is a violation of an
15 amendment of the Constitution?

Dated this 8th day of July, 2008

*Robert Lundy* (signature)
ROBERT LUNDY
P.O. BOX 23
LEMON GROVE, CALIFORNIA

IN FORMA PAUPERIS