# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 25 PM 4:16

Robert Lundy )
      Plaintiff )
vs. )
Alex & Janet Colmenero )
& Superior Court East County )
      Defendant )

NO. 08 cv 1153

DECLARATION OF SERVICE

Person served:

Alex & Janet Colmenero
Superior Court East County

Date served:

July 25, 2008

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Cover Sheet Packet / Emergency Injunction, Request for Counsel, etc.

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 7/25/08
8469 Golden Ave Lemon Grove, CA 91945
250 E. Main St. El Cajon, CA 92020

Executed on July 25, 2008 at San Diego, California

[signature]